UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
LVI DEMOLITION SERVICES, INC,

              Plaintiff,

-against-                                    NOT FOR PUBLICATION
                                           **ORDER**
SEACREST HEALTHCARE FACILITY et al.,     13-cv-02762 (CBA) (RML)

              Defendants.
-------------------------------------------------------------------x
**AMON, Chief United States District Judge.**

     Plaintiff has applied to relate this case to New Sea Crest Healthcare Center, LLC and Shore View Nursing Home v. Lexington Insurance Company, 12-cv-6414, which is now before Judge Dearie and Magistrate Judge Mann.  The Court, in consultation with Judge Dearie, finds that the cases are related under Rule 50.3 of the Guidelines for the Division of Business Among District Judges for the Eastern District of New York.  The above-captioned case will be reassigned accordingly to Judge Dearie and Magistrate Judge Mann.

SO ORDERED.

Dated:  July 11, 2013
       Brooklyn, N.Y.

                                              /s/
                                      Carol Bagley Amon
                                      Chief United States District Judge